**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts III, Inc.** ) | Case No.: 1:05-cv-11673-GAO |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. ) | **WITH PREJUDICE** |
| ) | |
| **Peter Barbieri** ) | |
| ) | |
| Defendant ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint with prejudice and without cost to either party.

                                                Respectfully Submitted for the Plaintiff,
                                                Comcast of Massachusetts III, Inc.
                                                By Its Attorney,

| | |
|---|---|
| 11/28/2005 | /s/ John M. Mclaughlin |
| Date | John M. McLaughlin |
| | **Green, Miles, Lipton & Fitz-Gibbon LLP** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | Telephone: (413) 586-0865 |
| | BBO No. 556328 |

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 28th day of November, 2005, a copy of the foregoing was mailed first class to:

Maura Sheehan, Esq.
Law Offices of Maura L. Sheehan
183 Bedford Street, Floor 3
Lexington, MA 02420-4413

                                          /s/ John M. McLaughlin
                                          John M. McLaughlin, Esq.